UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN McCONNELL, JR., <br><br> Plaintiff, <br><br> v. <br><br> The UNITED STATES OF AMERICA, substituted for the UNITED STATES POSTAL SERVICE and LORETA INEZ REYES, and DOES 1 to 10, inclusive, <br><br> Defendant. | Case No. 3:20-cv-08432-EMC <br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** <br><br> Docket No. 30 |

On October 15, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed with prejudice for his failure to prosecute. *See* Docket No. 30. The Court ordered Plaintiff to respond within 30 days or the case would be dismissed with prejudice. *Id.* To date, Plaintiff has not provided a response. Therefore, this case is **DISMISSED with prejudice**.

The Clerk of the Court is directed to enter judgment for Defendant and to close this case.

**IT IS SO ORDERED**.

Dated: July 20, 2022

_____
EDWARD M. CHEN
United States District Judge